# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| ROWENA CASON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION FILE NO. |
| v. | ) |
| | ) 2:21-cv-00164-SCJ-JCF |
| | ) |
| WALMART STORES EAST, LP And WALMART, | ) |
| | ) |
| | ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Rowena Cason and Defendant Walmart Stores East, LP, submit this Joint Stipulation of Dismissal with Prejudice. Each party agrees to bear her or its own costs and expenses and stipulates that the parties have jointly stipulated this matter shall be dismissed, with prejudice.

DATED this the 18th day of August, 2022.

Submitted for entry by:

**FOR DEFENDANTS:**

*/s/ Kenneth M. Bernas*
Kenneth M. Bernas
(Georgia Bar No. 598168)

1

FORDHARRISON LLP
271 17th Street, N.W., Suite 1900
Atlanta, GA  30363
Telephone: (404) 888-3884
Facsimile:  (404) 888-3863
kmbernas@fordharrison.com
*Attorney for Defendants*

**FOR PLAINTIFF:**

/s/ *J. Wickliffe Cauthorn*
J. Wickliffe Cauthorn
Georgia Bar No. 907911
201 Cherokee Street
Marietta, Georgia 30060
Telephone: 404-991-2700
Facsimile: 404-902-5609
wick@thecauthornfirm.com
*Counsel for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| ROWENA CASON, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION FILE NO. |
| | ) |
| v. | ) 2:21-cv-00164-SCJ-JCF |
| | ) |
| WAL-MART STORES EAST, LP | ) |
| AND WAL-MART, | ) |
| Defendants. | ) |

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this 18th day of August 2022, electronically filed this **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to the following counsel of record:

J. Wickliffe Cauthorn
The Cauthorn Firm
201 Cherokee Street
Marietta, Georgia 30060

*/s/ Kenneth M. Bernas*
Kenneth M. Bernas
(Georgia Bar No. 598168)

3

FORDHARRISON LLP
271 17th Street, N.W., Suite 1900
Atlanta, GA  30363
Telephone: (404) 888-3884
Facsimile:  (404) 888-3863
kmbernas@fordharrison.com
*Attorney for Defendants*